## AFFIDAVIT OF GARY MULCHANDANI

State of New York, County of New York

My name is Gary Mulchandani and I am 34 years old. My current address of residence is 100 Christopher Columbus Drive, Jersey City, New Jersey 07302.

My current occupation is Head of Operations and I have been working at KP NY Operations LLC's a/k/a Kailash Parbat located at 99 Lexington Avenue, New York, NY 10016 for approximately the past 6 years.

Kailash Parbat is open from 12:00 pm to 10:00 pm, 7 days per week. In my position as Head of Operations, I have worked from 12:00 pm to 10:00 pm from Monday to Saturday for the past 6 years.

I have been working with Mr. Piyush Paleja for approximately 5 years. During that time, to the best of my knowledge Mr. Paleja worked from Monday to Thursday from 12:00pm to 10:00pm, Friday and Saturday from 12:00pm to 4:00pm. He did not work on Sunday.

From 2017, 2018, and 2019, I ensured that Mr. Paleja was paid the minimum wage amounts and any overtime under the Fair Labor Standards Act for the hours he worked. Mr. Paleja received his wages through the Company's payroll system as well as via check to his Capital One Bank Account.

I declare that, to the best of my knowledge and belief, that the information herein is true, correct, and complete.

Executed on this day __10__ day of March , 2020.

_____
Signature

March 10th 2020.
Date

BYRON ALEXIS QUINTANILLA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02QU6389111
Qualified in Nassau County
Commission Expires March 18, 2023

_____
Notary Public BYRON A. QUINTANILLA

Attorney
Title and Rank

My Commission Expires on: March 18, 2023

## **AFFIDAVIT**

State of New York, County of New York

My name is MD. KAM RUZZAMAN and I am 33 years old. My current address of residence is 75 Elder Street, Woodhaven, Queens - 11421 .

My current occupation is Server and I have been working at KP NY Operations LLC's a/k/a Kailash Parbat located at 99 Lexington Avenue, New York, NY 10016 for approximately the past 3 years.

Kailash Parbat is open from 12:00 pm to 10:00 pm, 7 days per week. In my position as a Server, I have worked from 12.00 PM to 10.00 PM from Wed to Saturday for the past 3 years. My hourly wage is 15.00 . If I work beyond those set hours, KP NY Operations LLC pays me overtime of 1.5 times my hourly wage which I receive as an additional check. I have never worked beyond 40 hours per week.

I have been working with Mr. Piyush Paleja for approximately 3 years. During that time, to the best of my knowledge Mr. Paleja worked from Monday to Thursday from 12:00pm to 10:00pm, Friday and Saturday from 12:00pm to 4:00pm. He did not work on Sunday.

I declare that, to the best of my knowledge and belief, that the information herein is true, correct, and complete.

Executed on this day 10 day of March 2020.

_____
Signature

03 | 10 | 2020
Date

_____
Notary Public Byron A. Quintanilla

Attorney
Title and Rank

My Commission Expires on: March 18, 2023

**BYRON ALEXIS QUINTANILLA**
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02QU6389111
Qualified in Nassau County
Commission Expires March 18, 2023

## AFFIDAVIT

State of New York, County of New York

My name is ___Cryan___ and I am __39__ years old. My current address of residence is
_____.

My current occupation is ___Chef___ and I have been working at KP NY Operations
LLC's a/k/a Kailash Parbat located at 99 Lexington Avenue, New York, NY 10016 for
approximately the past __4__ years.

Kailash Parbat is open from  12:00 pm to 10:00 pm, 7 days per week. In my position as a
___Chef___, I have worked from _Wesday_ to _Sunday_ from _11:30_ to _10:pm_ for the past
_____ years. My hourly wage is _____. If I work beyond those set hours, KP NY Operations
LLC pays me overtime of 1.5 times my hourly wage which I receive as an additional check. I have
never worked beyond __50__ hours per week.

I have been working with Mr. Piyush Paleja for approximately __4__ years. During that time,
to the best of my knowledge Mr. Paleja worked from Monday to Thursday from 12:00pm to
10:00pm, Friday and Saturday from 12:00pm to 4:00pm. He did not work on Sunday.

I declare that, to the best of my knowledge and belief, that the information herein is true, correct,
and complete.

Executed on this day __10__ day of _March_ 2020.

_____
Signature

__03 - 10 - 2020__
Date

BYRON ALEXIS QUINTANILLA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02QU6389111
Qualified in Nassau County
Commission Expires March 18, 2023

_____
Notary Public BYRON A. QUINTANILLA

__Attorney__
Title and Rank

My Commission Expires on: __March 18, 2023__

## **AFFIDAVIT**

State of New York, County of New York

My name is ___TIBAN PUN___ and I am _25_ years old. My current address of residence is
_____ELMHURST   NY_____.

My current occupation is __CHEF_____ and I have been working at KP NY Operations
LLC's a/k/a Kailash Parbat located at 99 Lexington Avenue, New York, NY 10016 for
approximately the past __2___ years.

Kailash Parbat is open from 12:00 pm to 10:00 pm, 7 days per week. In my position as a
_CHEF___, I have worked from _12___ to __10__ from _MON_ to _FRY_ for the past
_2_ years. My hourly wage is _#/15____. If I work beyond those set hours, KP NY Operations
LLC pays me overtime of 1.5 times my hourly wage which I receive as an additional check. I have
never worked beyond _45__ hours per week.

I have been working with Mr. Piyush Paleja for approximately __2__ years. During that time,
to the best of my knowledge Mr. Paleja worked from Monday to Thursday from 12:00pm to
10:00pm, Friday and Saturday from 12:00pm to 4:00pm. He did not work on Sunday.

I declare that, to the best of my knowledge and belief, that the information herein is true, correct,
and complete.

Executed on this day _MARCH_ day of _10_ , 2020.

_____
Signature

___MARCH -10 - 2020___
Date

___BYRON ALEXIS QUINTANILLA___
Notary Public

___Attorney___
Title and Rank

My Commission Expires on: _march 18, 2023_

BYRON ALEXIS QUINTANILLA
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02QU6389111
Qualified in Nassau County
Commission Expires March 18, 2023