## EMPLOYEE DETAIL for KP NY OPERATIONS LLC

```
02/18/2020                          Rpt B,2   Page   1                              16:53:47

            Name: PALEJA, PIYUSH                        01/01/17 thru 12/31/17
         Address: 353 LINDEN BLVD                       Date Hired:    /  /
                  BROOKLYN, NY 11203                    Date Relsd:    /  /
        Criteria: ExTags=U
```

| Date | Sta | RegHrs | OvrTimeHrs | Weeks | Gross | Tips | MCWH | SSWH | FITW | SITW | LITW | NYSDI | BONUS | NYPFL | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PALEJA, PIYUSH** | | | | | | | | | | | | | | | |
| 10/18 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.00 | 263.64 |
| 10/25 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.00 | 263.64 |
| 11/01 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.00 | 263.64 |
| 11/08 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.00 | 263.64 |
| 11/15 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.00 | 263.64 |
| 11/22 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.40 | 263.24 |
| 11/29 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.40 | 263.24 |
| 12/06 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.40 | 263.24 |
| 12/13 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.40 | 263.24 |
| 12/20 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.40 | 263.24 |
| 12/27 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 14.87 | 6.48 | 5.31 | 0.60 | 0.00 | 0.40 | 263.24 |
| **total** | | **330.00** | **0.00** | **11.00** | **3465.00** | **0.00** | **50.27** | **214.83** | **163.57** | **71.28** | **58.41** | **6.60** | **0.00** | **2.40** | **2897.64** |
| **Total** | | **330.00** | **0.00** | **11.00** | **3465.00** | **0.00** | **50.27** | **214.83** | **163.57** | **71.28** | **58.41** | **6.60** | **0.00** | **2.40** | **2897.64** |

## EMPLOYEE DETAIL for KP NY OPERATIONS LLC

```
02/18/2020                          Rpt B,2   Page   1                              16:52:49

            Name: PALEJA, PIYUSH                          01/01/18 thru 12/31/18
         Address: 353 LINDEN BLVD                         Date Hired:    /  /
                  BROOKLYN, NY 11203                      Date Relsd:    /  /
        Criteria: ExTags=U
```

| Date | Sta | RegHrs | OvrTimeHrs | Weeks | Gross | Tips | MCWH | SSWH | FITW | SITW | LITW | NYSDI | BONUS | NYPFL | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PALEJA, PIYUSH** | | | | | | | | | | | | | | | |
| 01/07 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 01/14 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 01/21 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 01/28 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 01/31 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 15.29 | 6.48 | 4.89 | 0.60 | 0.00 | 0.40 | 263.24 |
| 01/31 | A10 | 30.00 | 0.00 | 1.00 | 315.00 | 0.00 | 4.57 | 19.53 | 15.29 | 6.48 | 4.89 | 0.60 | 0.00 | 0.40 | 263.24 |
| 02/04 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 02/11 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 02/18 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 02/25 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 03/23 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 03/24 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 03/26 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 04/02 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 04/09 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 04/16 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 04/23 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 04/30 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 05/07 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 05/14 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 05/22 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 06/19 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 06/19 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 06/19 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 06/19 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 07/02 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 07/03 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 07/10 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 07/23 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 07/31 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 08/06 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 08/13 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 08/20 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 08/27 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 09/03 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 09/10 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 09/17 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 09/24 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 10/01 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 10/07 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 10/14 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 10/21 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 11/13 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 11/14 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 11/29 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 11/30 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 12/27 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 12/27 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 12/27 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 12/27 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 12/27 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| 12/30 | A10 | 30.00 | 0.00 | 1.00 | 360.00 | 0.00 | 5.22 | 22.32 | 13.79 | 8.50 | 6.36 | 0.60 | 0.00 | 0.45 | 302.76 |
| **total** | | 1560.00 | 0.00 | 52.00 | 18630.00 | 0.00 | 270.14 | 1155.06 | 720.08 | 437.96 | 327.78 | 31.20 | 0.00 | 23.30 | 15664.48 |
| **Total** | | 1560.00 | 0.00 | 52.00 | 18630.00 | 0.00 | 270.14 | 1155.06 | 720.08 | 437.96 | 327.78 | 31.20 | 0.00 | 23.30 | 15664.48 |

**EMPLOYEE DETAIL for KP NY OPERATIONS LLC**

```
02/18/2020                                  Rpt B,2   Page   1                                          16:51:45

                 Report Date: 01/01/2019    Thru: 12/31/2019
                    Criteria: ExTags=U
```

| Date | Sta | RegHrs | OvrTimeHrs | Weeks | Gross | Tips | MCWH | SSWH | FITW | SITW | LITW | NYSDI | BONUS | NYPFL | Net |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **PALEJA, PIYUSH** | | **SSN:XXX-XX-0244** | | | | | | | | | | | | | |
| 01/06 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 01/13 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 02/03 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 02/06 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 02/06 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 02/10 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 02/17 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 03/14 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 03/14 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 03/14 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 03/17 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 03/26 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 04/02 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 04/15 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 04/16 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 04/22 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 04/29 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 05/07 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 05/13 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 05/20 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 05/28 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 06/03 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 06/11 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 06/24 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 06/25 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 07/08 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 07/09 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 07/15 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 07/25 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 07/29 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 08/07 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 08/12 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 08/19 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 08/26 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 09/03 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 09/09 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 09/16 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 09/23 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 10/01 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 10/07 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 10/15 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 10/21 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| 11/04 | A10 | 30.00 | 0.00 | 1.00 | 450.00 | 0.00 | 6.53 | 27.90 | 22.31 | 13.29 | 9.67 | 0.60 | 0.00 | 0.69 | 369.01 |
| total | | 1290.00 | 0.00 | 43.00 | 19350.00 | 0.00 | 280.79 | 1199.70 | 959.33 | 571.47 | 415.81 | 25.80 | 0.00 | 29.67 | 15867.43 |
| Total | | 1290.00 | 0.00 | 43.00 | 19350.00 | 0.00 | 280.79 | 1199.70 | 959.33 | 571.47 | 415.81 | 25.80 | 0.00 | 29.67 | 15867.43 |