3:51 PM
12/20/19
Accrual Basis

# KP NY Operations LLC
## Other Name QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Debit |
|---|---|---|---|---|---|---|
| **Piyush Paleja** | | | | | | |
| Check | 2/11/2015 | 1629 | | Ccapital One Bank ... | X | |
| Check | 2/11/2015 | 1629 | | Piyush Paleja | | 1,000.00 |
| Check | 4/14/2015 | 1394 | | Ccapital One Bank ... | X | |
| Check | 4/14/2015 | 1394 | | Piyush Paleja | | 1,200.00 |
| Check | 5/5/2015 | 1420 | | Ccapital One Bank ... | X | |
| Check | 5/5/2015 | 1420 | | Piyush Paleja | | 998.00 |
| Check | 5/20/2015 | 1442 | | Ccapital One Bank ... | X | |
| Check | 5/20/2015 | 1442 | | Piyush Paleja | | 1,167.00 |
| Check | 6/12/2015 | 1478 | | Ccapital One Bank ... | X | |
| Check | 6/12/2015 | 1478 | | Office Supplies | | 950.00 |
| Check | 6/29/2015 | 1176 | | Ccapital One Bank ... | X | |
| Check | 6/29/2015 | 1176 | | Piyush Paleja | | 1,000.00 |
| Check | 7/7/2015 | 1188 | | Ccapital One Bank ... | X | |
| Check | 7/7/2015 | 1188 | | Piyush Paleja | | 1,000.00 |
| Check | 7/12/2015 | 1209 | | Ccapital One Bank ... | X | |
| Check | 7/12/2015 | 1209 | | Piyush Paleja | | 1,000.00 |
| Check | 7/20/2015 | 1218 | | Ccapital One Bank ... | X | |
| Check | 7/20/2015 | 1218 | | Piyush Paleja | | 1,000.00 |
| Check | 7/29/2015 | 1235 | | Ccapital One Bank ... | X | |
| Check | 7/29/2015 | 1235 | | Piyush Paleja | | 1,000.00 |
| Check | 8/3/2015 | 1245 | | Ccapital One Bank ... | X | |
| Check | 8/3/2015 | 1245 | | Piyush Paleja | | 1,000.00 |
| Check | 8/10/2015 | 1270 | | Ccapital One Bank ... | X | |
| Check | 8/10/2015 | 1270 | | Piyush Paleja | | 1,000.00 |
| Check | 8/16/2015 | 1285 | | Ccapital One Bank ... | X | |
| Check | 8/16/2015 | 1285 | | Piyush Paleja | | 1,400.00 |
| Check | 8/25/2015 | 1299 | | Ccapital One Bank ... | X | |
| Check | 8/25/2015 | 1299 | | Piyush Paleja | | 1,166.00 |
| Check | 9/1/2015 | 1294 | | Ccapital One Bank ... | X | |
| Check | 9/1/2015 | 1294 | | Piyush Paleja | | 1,000.00 |
| Check | 9/8/2015 | 1324 | | Ccapital One Bank ... | X | |
| Check | 9/8/2015 | 1324 | | Piyush Paleja | | 1,000.00 |
| Check | 9/14/2015 | 1665 | | Ccapital One Bank ... | X | |
| Check | 9/14/2015 | 1665 | | Piyush Paleja | | 1,000.00 |
| Check | 9/21/2015 | 1687 | | Ccapital One Bank ... | X | |
| Check | 9/21/2015 | 1687 | | Piyush Paleja | | 1,000.00 |
| Check | 9/29/2015 | 1695 | | Ccapital One Bank ... | X | |
| Check | 9/29/2015 | 1695 | | Piyush Paleja | | 1,000.00 |
| Check | 10/5/2015 | 1707 | | Ccapital One Bank ... | X | |
| Check | 10/5/2015 | 1707 | | Piyush Paleja | | 1,000.00 |
| Check | 10/12/2015 | 1726 | | Ccapital One Bank ... | X | |
| Check | 10/12/2015 | 1726 | | Piyush Paleja | | 1,000.00 |
| Check | 10/19/2015 | 1737 | | Ccapital One Bank ... | X | |
| Check | 10/19/2015 | 1737 | | Piyush Paleja | | 1,000.00 |
| Check | 10/27/2015 | 1752 | | Ccapital One Bank ... | X | |
| Check | 10/27/2015 | 1752 | | Piyush Paleja | | 1,000.00 |
| Check | 11/3/2015 | 1771 | | Ccapital One Bank ... | X | |
| Check | 11/3/2015 | 1771 | | Piyush Paleja | | 1,000.00 |
| Check | 11/12/2015 | 1779 | | Ccapital One Bank ... | X | |
| Check | 11/12/2015 | 1779 | | Piyush Paleja | | 1,000.00 |
| Check | 11/17/2015 | 1794 | | Ccapital One Bank ... | X | |
| Check | 11/17/2015 | 1794 | | Piyush Paleja | | 1,166.00 |
| Check | 12/7/2015 | 1812 | | Ccapital One Bank ... | X | |
| Check | 12/7/2015 | 1812 | | Piyush Paleja | | 1,000.00 |
| Check | 12/14/2015 | 1826 | | Ccapital One Bank ... | X | |
| Check | 12/14/2015 | 1826 | | Piyush Paleja | | 1,000.00 |
| Check | 12/24/2015 | 1851 | | Ccapital One Bank ... | X | |
| Check | 12/24/2015 | 1851 | | Piyush Paleja | | 1,000.00 |
| Check | 12/30/2015 | 1863 | | Ccapital One Bank ... | X | |
| Check | 12/30/2015 | 1863 | | Piyush Paleja | | 1,000.00 |
| Check | 1/4/2016 | 1874 | | Ccapital One Bank ... | X | |
| Check | 1/4/2016 | 1874 | | Piyush Paleja | | 916.00 |
| Check | 1/11/2016 | 1885 | | Ccapital One Bank ... | X | |
| Check | 1/11/2016 | 1885 | | Piyush Paleja | | 1,000.00 |
| Check | 1/17/2016 | 1893 | | Ccapital One Bank ... | X | |
| Check | 1/17/2016 | 1893 | | Piyush Paleja | | 1,100.00 |
| Check | 1/25/2016 | 1902 | | Ccapital One Bank ... | X | |

**3:51 PM**                        **KP NY Operations LLC**
**12/20/19**                     **Other Name QuickReport**
**Accrual Basis**                   **All Transactions**

| Type | Date | Num | Memo | Account | Clr | Debit |
|---|---|---|---|---|---|---|
| Check | 1/25/2016 | 1902 | | Piyush Paleja | | 1,000.00 |
| Check | 2/1/2016 | 1912 | | Ccapital One Bank ... | X | |
| Check | 2/1/2016 | 1912 | | Piyush Paleja | | 166.00 |
| Check | 2/9/2016 | 1930 | | Ccapital One Bank ... | X | |
| Check | 2/9/2016 | 1930 | | Piyush Paleja | | 1,000.00 |
| Check | 2/16/2016 | 1939 | | Ccapital One Bank ... | X | |
| Check | 2/16/2016 | 1939 | | Piyush Paleja | | 1,083.00 |
| Check | 2/24/2016 | 1950 | | Ccapital One Bank ... | X | |
| Check | 2/24/2016 | 1950 | | Piyush Paleja | | 1,000.00 |
| Check | 2/29/2016 | 1962 | | Ccapital One Bank ... | X | |
| Check | 2/29/2016 | 1962 | | Piyush Paleja | | 749.75 |
| Check | 3/7/2016 | 1970 | | Ccapital One Bank ... | X | |
| Check | 3/7/2016 | 1970 | | Piyush Paleja | | 1,166.66 |
| Check | 3/14/2016 | 1985 | | Ccapital One Bank ... | X | |
| Check | 3/14/2016 | 1985 | | Piyush Paleja | | 1,166.00 |
| Check | 3/22/2016 | 1995 | | Ccapital One Bank ... | X | |
| Check | 3/22/2016 | 1995 | | Piyush Paleja | | 1,162.00 |
| Check | 3/29/2016 | 2010 | | Ccapital One Bank ... | X | |
| Check | 3/29/2016 | 2010 | | Piyush Paleja | | 1,166.00 |
| Check | 4/6/2016 | 2016 | | Ccapital One Bank ... | X | |
| Check | 4/6/2016 | 2016 | | Piyush Paleja | | 1,000.00 |
| Check | 4/11/2016 | 2029 | | Ccapital One Bank ... | X | |
| Check | 4/11/2016 | 2029 | | Piyush Paleja | | 1,000.00 |
| Check | 4/18/2016 | 2044 | | Ccapital One Bank ... | X | |
| Check | 4/18/2016 | 2044 | | Piyush Paleja | | 1,083.00 |
| Check | 4/25/2016 | 2054 | | Ccapital One Bank ... | X | |
| Check | 4/25/2016 | 2054 | | Piyush Paleja | | 1,000.00 |
| Check | 5/3/2016 | 2067 | | Ccapital One Bank ... | X | |
| Check | 5/3/2016 | 2067 | | Piyush Paleja | | 1,000.00 |
| Check | 5/6/2016 | 2086 | | Ccapital One Bank ... | X | |
| Check | 5/6/2016 | 2086 | | Piyush Paleja | | 1,000.00 |
| Check | 5/10/2016 | 2077 | | Ccapital One Bank ... | X | |
| Check | 5/10/2016 | 2077 | | Piyush Paleja | | 1,166.00 |
| Check | 5/23/2016 | 2101 | | Ccapital One Bank ... | X | |
| Check | 5/23/2016 | 2101 | | Piyush Paleja | | 1,000.00 |
| Check | 5/30/2016 | 2113 | | Ccapital One Bank ... | X | |
| Check | 5/30/2016 | 2113 | | Piyush Paleja | | 1,000.00 |
| Check | 6/6/2016 | 2123 | | Ccapital One Bank ... | X | |
| Check | 6/6/2016 | 2123 | | Piyush Paleja | | 1,000.00 |
| Check | 6/13/2016 | 2141 | | Ccapital One Bank ... | X | |
| Check | 6/13/2016 | 2141 | | Piyush Paleja | | 900.00 |
| Check | 6/14/2016 | 2144 | | Ccapital One Bank ... | X | |
| Check | 6/14/2016 | 2144 | | Piyush Paleja | | 300.00 |
| Check | 6/20/2016 | 2157 | | Ccapital One Bank ... | X | |
| Check | 6/20/2016 | 2157 | | Piyush Paleja | | 1,100.00 |
| Check | 6/28/2016 | 2173 | | Ccapital One Bank ... | X | |
| Check | 6/28/2016 | 2173 | | Piyush Paleja | | 1,175.00 |
| Check | 7/4/2016 | 2186 | | Ccapital One Bank ... | X | |
| Check | 7/4/2016 | 2186 | | Piyush Paleja | | 1,200.00 |
| Check | 7/11/2016 | 2204 | | Ccapital One Bank ... | X | |
| Check | 7/11/2016 | 2204 | | Piyush Paleja | | 1,200.00 |
| Check | 7/18/2016 | 2220 | | Ccapital One Bank ... | X | |
| Check | 7/18/2016 | 2220 | | Piyush Paleja | | 1,200.00 |
| Check | 7/25/2016 | 2231 | | Ccapital One Bank ... | X | |
| Check | 7/25/2016 | 2231 | | Piyush Paleja | | 1,200.00 |
| Check | 8/1/2016 | 2243 | | Ccapital One Bank ... | X | |
| Check | 8/1/2016 | 2243 | | Piyush Paleja | | 1,200.00 |
| Check | 8/8/2016 | 2257 | | Ccapital One Bank ... | X | |
| Check | 8/8/2016 | 2257 | | Piyush Paleja | | 1,200.00 |
| Check | 8/15/2016 | 2269 | | Ccapital One Bank ... | X | |
| Check | 8/15/2016 | 2269 | | Piyush Paleja | | 1,200.00 |
| Check | 8/22/2016 | 2287 | | Ccapital One Bank ... | X | |
| Check | 8/22/2016 | 2287 | | Piyush Paleja | | 1,200.00 |
| Check | 9/5/2016 | 2306 | | Ccapital One Bank ... | X | |
| Check | 9/5/2016 | 2306 | | Piyush Paleja | | 1,200.00 |
| Check | 9/12/2016 | 2320 | | Ccapital One Bank ... | X | |
| Check | 9/12/2016 | 2320 | | Piyush Paleja | | 1,200.00 |
| Check | 9/19/2016 | 2331 | | Ccapital One Bank ... | X | |

3:51 PM
12/20/19
Accrual Basis

# KP NY Operations LLC
## Other Name QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Debit |
|---|---|---|---|---|---|---:|
| Check | 9/19/2016 | 2331 | | Piyush Paleja | | 1,200.00 |
| Check | 9/26/2016 | 2352 | | Ccapital One Bank ... | X | |
| Check | 9/26/2016 | 2352 | | Piyush Paleja | | 1,200.00 |
| Check | 10/3/2016 | 2364 | | Ccapital One Bank ... | X | |
| Check | 10/3/2016 | 2364 | | Piyush Paleja | | 1,200.00 |
| Check | 10/10/2016 | 2374 | | Ccapital One Bank ... | X | |
| Check | 10/10/2016 | 2374 | | Piyush Paleja | | 1,200.00 |
| Check | 10/17/2016 | 2387 | | Ccapital One Bank ... | X | |
| Check | 10/17/2016 | 2387 | | Piyush Paleja | | 1,200.00 |
| Check | 10/25/2016 | 2402 | | Ccapital One Bank ... | X | |
| Check | 10/25/2016 | 2402 | | Piyush Paleja | | 1,200.00 |
| Check | 10/31/2016 | 2411 | | Ccapital One Bank ... | X | |
| Check | 10/31/2016 | 2411 | | Piyush Paleja | | 1,200.00 |
| Check | 11/7/2016 | 2424 | | Ccapital One Bank ... | X | |
| Check | 11/7/2016 | 2424 | | Piyush Paleja | | 1,400.00 |
| Check | 11/14/2016 | 2439 | | Ccapital One Bank ... | X | |
| Check | 11/14/2016 | 2439 | | Piyush Paleja | | 1,400.00 |
| Check | 11/21/2016 | 2458 | | Ccapital One Bank ... | X | |
| Check | 11/21/2016 | 2458 | | Piyush Paleja | | 1,450.00 |
| Check | 11/28/2016 | 2465 | | Ccapital One Bank ... | X | |
| Check | 11/28/2016 | 2465 | | Piyush Paleja | | 1,200.00 |
| Check | 12/5/2016 | 2480 | | Ccapital One Bank ... | X | |
| Check | 12/5/2016 | 2480 | | Piyush Paleja | | 1,200.00 |
| Check | 12/12/2016 | 2489 | | Ccapital One Bank ... | X | |
| Check | 12/12/2016 | 2489 | | Piyush Paleja | | 1,200.00 |
| Check | 12/19/2016 | 2501 | | Ccapital One Bank ... | X | |
| Check | 12/19/2016 | 2501 | | Piyush Paleja | | 1,200.00 |
| Check | 12/26/2016 | 2509 | | Ccapital One Bank ... | X | |
| Check | 12/26/2016 | 2509 | | Piyush Paleja | | 1,200.00 |
| Check | 3/15/2017 | 2661 | | Ccapital One Bank ... | X | |
| Check | 3/15/2017 | 2661 | | Piyush Paleja | | 4,000.00 |
| Check | 3/29/2017 | 2675 | | Ccapital One Bank ... | X | |
| Check | 3/29/2017 | 2675 | | Piyush Paleja | | 1,000.00 |
| Check | 7/31/2017 | 025 | | Ccapital One Bank ... | X | |
| Check | 7/31/2017 | 025 | | Piyush Paleja | | 750.00 |
| Check | 7/31/2017 | 023 | | Ccapital One Bank ... | X | |
| Check | 7/31/2017 | 023 | | Piyush Paleja | | 1,200.00 |
| Check | 8/14/2017 | 054 | | Ccapital One Bank ... | X | |
| Check | 8/14/2017 | 054 | | Piyush Paleja | | 1,400.00 |
| Check | 8/14/2017 | 062 | | Ccapital One Bank ... | X | |
| Check | 8/14/2017 | 062 | | Loan From Members | | 2,000.00 |
| Check | 8/15/2017 | 058 | | Ccapital One Bank ... | X | |
| Check | 8/15/2017 | 058 | | Piyush Paleja | | 2,500.00 |
| Check | 8/19/2017 | 071 | | Ccapital One Bank ... | X | |
| Check | 8/19/2017 | 071 | | Piyush Paleja | | 2,150.00 |
| Check | 8/20/2017 | 070 | | Ccapital One Bank ... | X | |
| Check | 8/20/2017 | 070 | | Piyush Paleja | | 3,000.00 |
| Check | 8/28/2017 | 078 | | Ccapital One Bank ... | X | |
| Check | 8/28/2017 | 078 | | Piyush Paleja | | 5,000.00 |
| Check | 8/29/2017 | 79 | | Ccapital One Bank ... | X | |
| Check | 8/29/2017 | 79 | | Piyush Paleja | | 2,150.00 |
| Check | 10/16/2017 | 169 | | Ccapital One Bank ... | X | |
| Check | 10/16/2017 | 169 | | Piyush Paleja | | 2,150.00 |
| Check | 10/30/2017 | 197 | | Ccapital One Bank ... | X | |
| Check | 10/30/2017 | 197 | | Piyush Paleja | | 1,000.00 |
| Check | 10/30/2017 | 199 | | Ccapital One Bank ... | X | |
| Check | 10/30/2017 | 199 | | Piyush Paleja | | 1,997.00 |
| Check | 11/6/2017 | 212 | | Ccapital One Bank ... | X | |
| Check | 11/6/2017 | 212 | | Piyush Paleja | | 2,098.64 |
| Check | 11/14/2017 | 226 | | Ccapital One Bank ... | X | |
| Check | 11/14/2017 | 226 | | Piyush Paleja | | 750.00 |
| Check | 11/15/2017 | 227 | | Ccapital One Bank ... | X | |
| Check | 11/15/2017 | 227 | | Piyush Paleja | | 1,348.64 |
| Check | 11/20/2017 | 230 | | Ccapital One Bank ... | X | |
| Check | 11/20/2017 | 230 | | Piyush Paleja | | 2,098.64 |
| Check | 11/22/2017 | 240 | | Ccapital One Bank ... | X | |
| Check | 11/22/2017 | 240 | | Piyush Paleja | | 2,098.64 |
| Check | 12/11/2017 | 261 | | Ccapital One Bank ... | X | |

**3:51 PM**
**12/20/19**
**Accrual Basis**

# KP NY Operations LLC
## Other Name QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Debit |
|---|---|---|---|---|---|---|
| Check | 12/11/2017 | 261 | | Piyush Paleja | | 1,348.64 |
| Check | 12/20/2017 | 273 | | Ccapital One Bank ... | X | |
| Check | 12/20/2017 | 273 | | Piyush Paleja | | 1,348.64 |
| Check | 12/25/2017 | 279 | | Ccapital One Bank ... | X | |
| Check | 12/25/2017 | 279 | | Piyush Paleja | | 750.00 |
| Check | 1/8/2018 | 299 | | Ccapital One Bank ... | X | |
| Check | 1/8/2018 | 299 | | Wages | | 1,048.64 |
| Check | 1/11/2018 | 302 | | Ccapital One Bank ... | X | |
| Check | 1/11/2018 | 302 | | Wages | | 848.64 |
| Check | 1/16/2018 | 307 | | Ccapital One Bank ... | X | |
| Check | 1/16/2018 | 307 | | Wages | | 1,050.00 |
| Check | 1/18/2018 | 311 | | Ccapital One Bank ... | X | |
| Check | 1/18/2018 | 311 | | Wages | | 1,348.64 |
| Check | 1/24/2018 | 319 | | Ccapital One Bank ... | X | |
| Check | 1/24/2018 | 319 | | Wages | | 848.64 |
| Check | 1/31/2018 | 324 | | Ccapital One Bank ... | X | |
| Check | 1/31/2018 | 324 | | Wages | | 1,348.00 |
| Check | 2/8/2018 | 337 | | Ccapital One Bank ... | X | |
| Check | 2/8/2018 | 337 | | Wages | | 1,348.64 |
| Check | 2/15/2018 | 345 | | Ccapital One Bank ... | X | |
| Check | 2/15/2018 | 345 | | Wages | | 1,348.64 |
| Check | 2/22/2018 | 356 | | Ccapital One Bank ... | X | |
| Check | 2/22/2018 | 356 | | Wages | | 1,348.64 |
| Check | 2/28/2018 | 363 | | Ccapital One Bank ... | X | |
| Check | 2/28/2018 | 363 | | Wages | | 1,348.64 |
| Check | 3/2/2018 | 367 | | Ccapital One Bank ... | X | |
| Check | 3/2/2018 | 367 | | Piyush Paleja | | 330.00 |
| Check | 3/6/2018 | 371 | | Ccapital One Bank ... | X | |
| Check | 3/6/2018 | 371 | | Wages | | 1,341.81 |
| Check | 3/15/2018 | 411 | | Ccapital One Bank ... | X | |
| Check | 3/15/2018 | 411 | | Piyush Paleja | | 2,380.00 |
| Check | 3/20/2018 | 418 | | Ccapital One Bank ... | X | |
| Check | 3/20/2018 | 418 | | Wages | | 1,342.76 |
| Check | 4/2/2018 | 428 | | Ccapital One Bank ... | X | |
| Check | 4/2/2018 | 428 | | Wages | | 1,342.76 |
| Check | 4/2/2018 | 433 | | Ccapital One Bank ... | X | |
| Check | 4/2/2018 | 433 | | Piyush Paleja | | 1,283.00 |
| Check | 4/9/2018 | 440 | | Ccapital One Bank ... | X | |
| Check | 4/9/2018 | 440 | | Piyush Paleja | | 1,342.76 |
| Check | 4/16/2018 | 448 | | Ccapital One Bank ... | X | |
| Check | 4/16/2018 | 448 | | Piyush Paleja | | 1,342.76 |
| Check | 4/23/2018 | 460 | | Ccapital One Bank ... | X | |
| Check | 4/23/2018 | 460 | | Piyush Paleja | | 1,487.76 |
| Check | 4/27/2018 | 466 | | Ccapital One Bank ... | X | |
| Check | 4/27/2018 | 466 | | Piyush Paleja | | 1,342.76 |
| Check | 5/4/2018 | 476 | | Ccapital One Bank ... | X | |
| Check | 5/4/2018 | 476 | | Piyush Paleja | | 1,342.76 |
| Check | 5/14/2018 | 486 | | Ccapital One Bank ... | X | |
| Check | 5/14/2018 | 486 | | Piyush Paleja | | 1,342.76 |
| Check | 5/21/2018 | 493 | | Ccapital One Bank ... | X | |
| Check | 5/21/2018 | 493 | | Piyush Paleja | | 1,342.76 |
| Check | 5/23/2018 | 494 | | Ccapital One Bank ... | X | |
| Check | 5/23/2018 | 494 | | Piyush Paleja | | 1,342.76 |
| Check | 7/23/2018 | 758 | | Ccapital One Bank ... | X | |
| Check | 7/23/2018 | 758 | | Piyush Paleja | | 1,343.81 |
| Check | 7/24/2018 | 769 | | Ccapital One Bank ... | X | |
| Check | 7/24/2018 | 769 | | Piyush Paleja | | 1,343.81 |
| Check | 8/1/2018 | 778 | | Ccapital One Bank ... | X | |
| Check | 8/1/2018 | 778 | | Piyush Paleja | | 1,343.81 |
| Check | 8/9/2018 | 727 | | Ccapital One Bank ... | X | |
| Check | 8/9/2018 | 727 | | Piyush Paleja | | 1,200.00 |
| Check | 8/13/2018 | 786 | | Ccapital One Bank ... | X | |
| Check | 8/13/2018 | 786 | | Piyush Paleja | | 1,343.81 |
| Check | 8/13/2018 | 732 | | Ccapital One Bank ... | X | |
| Check | 8/13/2018 | 732 | | Piyush Paleja | | 1,200.00 |
| Check | 8/17/2018 | 796 | | Ccapital One Bank ... | X | |
| Check | 8/17/2018 | 796 | | Piyush Paleja | | 1,343.81 |
| Check | 8/21/2018 | 752 | | Ccapital One Bank ... | X | |

3:51 PM
12/20/19
Accrual Basis

# KP NY Operations LLC
## Other Name QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Debit |
|---|---|---|---|---|---|---|
| Check | 8/21/2018 | 752 | | Piyush Paleja | | 1,200.00 |
| Check | 8/24/2018 | 622 | | Ccapital One Bank ... | X | |
| Check | 8/24/2018 | 622 | | Piyush Paleja | | 450.00 |
| Check | 8/27/2018 | 616 | | Ccapital One Bank ... | X | |
| Check | 8/27/2018 | 616 | | Piyush Paleja | | 1,343.81 |
| Check | 8/29/2018 | 626 | | Ccapital One Bank ... | X | |
| Check | 8/29/2018 | 626 | | Piyush Paleja | | 1,343.81 |
| Check | 8/29/2018 | 737 | | Ccapital One Bank ... | X | |
| Check | 8/29/2018 | 737 | | Piyush Paleja | | 1,200.00 |
| Check | 9/4/2018 | 633 | | Ccapital One Bank ... | X | |
| Check | 9/4/2018 | 633 | | Piyush Paleja | | 1,343.81 |
| Check | 9/4/2018 | 635 | | Ccapital One Bank ... | X | |
| Check | 9/4/2018 | 635 | | Piyush Paleja | | 450.00 |
| Check | 9/10/2018 | 643 | | Ccapital One Bank ... | X | |
| Check | 9/10/2018 | 643 | | Piyush Paleja | | 1,343.81 |
| Check | 9/24/2018 | 656 | | Ccapital One Bank ... | X | |
| Check | 9/24/2018 | 656 | | Piyush Paleja | | 1,343.81 |
| Check | 9/25/2018 | 741 | | Ccapital One Bank ... | X | |
| Check | 9/25/2018 | 741 | | Piyush Paleja | | 1,200.00 |
| Check | 9/28/2018 | 664 | | Ccapital One Bank ... | X | |
| Check | 9/28/2018 | 664 | | Piyush Paleja | | 560.00 |
| Check | 10/3/2018 | 663 | | Ccapital One Bank ... | X | |
| Check | 10/3/2018 | 663 | | Piyush Paleja | | 1,252.15 |
| Check | 10/5/2018 | 668 | | Ccapital One Bank ... | X | |
| Check | 10/5/2018 | 668 | | Piyush Paleja | | 1,343.81 |
| Check | 10/8/2018 | 675 | | Ccapital One Bank ... | X | |
| Check | 10/8/2018 | 675 | | Piyush Paleja | | 1,343.81 |
| Check | 10/15/2018 | 684 | | Ccapital One Bank ... | X | |
| Check | 10/15/2018 | 684 | | Piyush Paleja | | 1,343.81 |
| Check | 10/16/2018 | 690 | | Ccapital One Bank ... | X | |
| Check | 10/16/2018 | 690 | | Piyush Paleja | | 495.00 |
| Check | 10/16/2018 | 691 | | Ccapital One Bank ... | X | |
| Check | 10/16/2018 | 691 | | Piyush Paleja | | 740.00 |
| Check | 10/22/2018 | 697 | | Ccapital One Bank ... | X | |
| Check | 10/22/2018 | 697 | | Piyush Paleja | | 1,343.81 |
| Check | 10/24/2018 | 649 | | Ccapital One Bank ... | X | |
| Check | 10/24/2018 | 649 | | Piyush Paleja | | 1,343.81 |
| Check | 10/24/2018 | 655 | | Ccapital One Bank ... | X | |
| Check | 10/24/2018 | 655 | | Piyush Paleja | | 700.00 |
| Check | 10/27/2018 | 504 | | Ccapital One Bank ... | X | |
| Check | 10/27/2018 | 504 | | Piyush Paleja | | 1,343.81 |
| Check | 11/1/2018 | 513 | | Ccapital One Bank ... | X | |
| Check | 11/1/2018 | 513 | | Piyush Paleja | | 690.00 |
| Check | 11/6/2018 | 516 | | Ccapital One Bank ... | X | |
| Check | 11/6/2018 | 516 | | Piyush Paleja | | 1,343.81 |
| Check | 11/9/2018 | 521 | | Ccapital One Bank ... | X | |
| Check | 11/9/2018 | 521 | | Personal | | 5,000.00 |
| Check | 11/10/2018 | 523 | | Ccapital One Bank ... | X | |
| Check | 11/10/2018 | 523 | | Personal | | 140.00 |
| Check | 11/12/2018 | 525 | | Ccapital One Bank ... | X | |
| Check | 11/12/2018 | 525 | | Personal | | 1,343.81 |
| Check | 11/19/2018 | 537 | | Ccapital One Bank ... | X | |
| Check | 11/19/2018 | 537 | | Personal | | 1,343.81 |
| Check | 11/22/2018 | 534 | | Ccapital One Bank ... | X | |
| Check | 11/22/2018 | 534 | | Personal | | 854.55 |
| Check | 11/22/2018 | 545 | | Ccapital One Bank ... | X | |
| Check | 11/22/2018 | 545 | | Personal | | 271.00 |
| Check | 11/24/2018 | 535 | | Ccapital One Bank ... | X | |
| Check | 11/24/2018 | 535 | | Personal | | 1,587.30 |
| Check | 11/26/2018 | 554 | | Ccapital One Bank ... | X | |
| Check | 11/26/2018 | 554 | | Personal | | 1,343.81 |
| Check | 11/30/2018 | 559 | | Ccapital One Bank ... | X | |
| Check | 11/30/2018 | 559 | | Supplies | | 200.00 |
| Check | 12/3/2018 | 560 | | Ccapital One Bank ... | X | |
| Check | 12/3/2018 | 560 | | Outside Help | | 1,343.81 |
| Check | 12/16/2018 | 572 | | Ccapital One Bank ... | X | |
| Check | 12/16/2018 | 572 | | Piyush Paleja | | 1,343.81 |

**3:51 PM**
**12/20/19**
Accrual Basis

# KP NY Operations LLC
## Other Name QuickReport
### All Transactions

| Type | Date | Num | Memo | Account | Clr | Debit |
|---|---|---|---|---|---|---|
| Check | 12/27/2018 | 590 | | Ccapital One Bank ... | X | |
| Check | 12/27/2018 | 590 | | Piyush Paleja | | 1,343.81 |
| Total Piyush Paleja | | | | | | 211,327.41 |
| **TOTAL** | | | | | | **211,327.41** |