| Date | Paystub | Check | Check No. | Month | Income | Hours (40 hrs/week) - 5 hours overtime at FLSA pay rate | Overpayment - Under FLSA for 45 hours | Notes |
|---|---|---|---|---|---|---|---|---|
| 3/15/2017 | | $ 4,000.00 | 2661 | | | | | |
| 3/29/2017 | | $ 1,000.00 | 2675 | March 2017 | $ 5,000.00 | $1,843.00 | $ 3,157.00 | |
| 7/31/2017 | | $ 750.00 | 25 | | | | | |
| 7/31/2017 | | $ 1,200.00 | 23 | July 2017 | $ 1,950.00 | $1,843.00 | $ 107.00 | |
| 8/14/2017 | | $ 1,400.00 | 54 | | | | | |
| 8/14/2017 | | $ 2,000.00 | 62 | | | | | |
| 8/15/2017 | | $ 2,500.00 | 58 | | | | | |
| 8/19/2017 | | $ 2,150.00 | 71 | | | | | |
| 8/20/2017 | | $ 3,000.00 | 70 | | | | | |
| 8/28/2017 | | $ 5,000.00 | 78 | | | | | |
| 8/29/2017 | | $ 2,150.00 | 79 | August 2017 | $ 18,200.00 | $1,843.00 | $ 16,357.00 | |
| 10/16/2017 | | $ 2,150.00 | 169 | | | | | |
| 10/18/2017 | $ 315.00 | | | | | | | |
| 10/25/2017 | $ 315.00 | | | | | | | |
| 10/30/2017 | | $ 1,000.00 | 197 | | | | | |
| 10/30/2017 | | $ 1,997.00 | 199 | October 2017 | $ 5,777.00 | $1,843.00 | $ 3,934.00 | |
| 11/1/2017 | $ 315.00 | | | | | | | |
| 11/6/2017 | | $ 2,098.64 | 212 | | | | | |
| 11/8/2017 | $ 315.00 | | | | | | | |
| 11/14/2017 | | $ 750.00 | 226 | | | | | |
| 11/15/2017 | $ 315.00 | | | | | | | |
| 11/15/2017 | | $ 1,348.64 | 227 | | | | | |
| 11/20/2017 | | $ 2,098.64 | 230 | | | | | |
| 11/22/2017 | $ 315.00 | | | | | | | |
| 11/22/2017 | | $ 2,098.64 | 240 | | | | | |
| 11/29/2017 | $ 315.00 | | | November 2017 | $ 9,969.56 | $1,843.00 | $ 8,126.56 | |
| 12/6/2017 | $ 315.00 | | | | | | | |
| 12/11/2017 | | $ 1,348.64 | 261 | | | | | |
| 12/13/2017 | $ 315.00 | | | | | | | |
| 12/20/2017 | $ 315.00 | | | | | | | |
| 12/20/2017 | | $ 1,348.64 | 273 | | | | | |
| 12/25/2017 | | $ 750.00 | | | | | | |
| 12/27/2017 | $ 315.00 | | | December 2017 | $ 4,707.28 | $1,843.00 | $ 2,864.28 | |
| | | | | Annual Income | $ 45,603.84 | Overpayment | $ 34,545.84 | * BANK IS SENDING ADDITIONAL CHECKS AND ALL IMAGES FOR 2017 |
| | | | | | | | | |
| 1/7/2018 | $ 360.00 | | | | | | | |
| 1/8/2018 | | $ 1,048.64 | | | | | | |
| 1/11/2018 | | $ 848.64 | | | | | | |
| 1/14/2018 | $ 360.00 | | | | | | | |
| 1/16/2018 | | $ 1,050.00 | | | | | | |
| 1/18/2018 | | $ 1,348.64 | | | | | | |
| 1/21/2018 | $ 360.00 | | | | | | | |
| 1/24/2018 | | $ 848.64 | | | | | | |
| 1/28/2018 | $ 360.00 | | | | | | | |
| 1/31/2018 | | $ 1,348.00 | | | | | | |
| 1/31/2018 | $ 315.00 | | | | | | | |
| 1/31/2018 | $ 315.00 | | | January 2018 | $ 8,562.56 | $1,976 | $ 6,586.56 | |
| 2/4/2018 | $ 360.00 | | | | | | | |
| 2/8/2018 | | $ 1,348.64 | | | | | | |
| 2/11/2018 | $ 360.00 | | | | | | | |
| 2/18/2018 | | $ 1,348.64 | | | | | | |
| 2/22/2018 | | $ 1,348.64 | | | | | | |
| 2/25/2018 | $ 360.00 | | | | | | | |
| 2/28/2018 | | $ 1,348.64 | | February 2018 | $ 6,474.56 | $1,976 | $ 4,498.56 | |
| 3/2/2018 | | $ 330.00 | | | | | | |
| 3/6/2018 | | $ 1,341.81 | | | | | | |
| 3/15/2018 | | $ 2,380.00 | | | | | | |
| 3/20/2018 | | $ 1,342.76 | | | | | | |
| 3/23/2018 | $ 360.00 | | | | | | | |
| 3/24/2018 | $ 360.00 | | | | | | | |
| 3/26/2018 | $ 360.00 | | | March 2018 | $ 6,474.57 | $1,976 | $ 4,498.57 | |
| 4/2/2018 | | $ 1,342.76 | | | | | | |
| 4/2/2018 | | $ 1,283.00 | | | | | | |
| 4/2/2018 | $ 360.00 | | | | | | | |
| 4/9/2018 | | $ 1,342.76 | | | | | | |
| 4/9/2018 | $ 360.00 | | | | | | | |
| 4/16/2018 | | $ 1,342.76 | | | | | | |
| 4/16/2018 | $ 360.00 | | | | | | | |
| 4/23/2018 | | $ 1,487.76 | | | | | | |
| 4/23/2018 | $ 360.00 | | | | | | | |
| 4/27/2018 | | $ 1,342.76 | | | | | | |
| 4/30/2018 | $ 360.00 | | | April 2018 | $ 9,941.80 | $1,976 | $ 7,965.80 | |
| 5/4/2018 | | $ 1,342.76 | | | | | | |
| 5/7/2018 | $ 360.00 | | | | | | | |
| 5/14/2018 | | $ 1,342.76 | | | | | | |
| 5/14/2018 | $ 360.00 | | | | | | | |
| 5/21/2018 | | $ 1,342.76 | | | | | | |
| 5/22/2018 | $ 360.00 | | | | | | | |
| 5/23/2018 | | $ 1,342.76 | | May 2018 | $ 6,451.04 | $1,976 | $ 4,475.04 | |
| 6/19/2018 | $ 360.00 | | | | | | | |
| 6/19/2018 | $ 360.00 | | | | | | | |
| 6/19/2018 | $ 360.00 | | | | | | | |
| 6/19/2018 | $ 360.00 | | | June 2018 | $ 1,440.00 | $1,976 | $ (536.00) | |
| 7/2/2018 | $ 360.00 | | | | | | | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 86 | 7/3/2018 | $ 360.00 | | | | | | |
| 87 | 7/10/2018 | $ 360.00 | | | | | | |
| 88 | 7/23/2018 | | $ 1,343.81 | | | | | |
| 89 | 7/23/2018 | $ 360.00 | | | | | | |
| 90 | 7/24/2018 | | $ 1,343.81 | | | | | |
| 91 | 7/31/2018 | $ 360.00 | | | July 2018 | $ 4,487.62 | $1,976 | $ 2,511.62 |
| 92 | 8/1/2018 | | $ 1,343.81 | | | | | |
| 93 | 8/6/2018 | $ 360.00 | | | | | | |
| 94 | 8/9/2018 | | $ 1,200.00 | | | | | |
| 95 | 8/13/2018 | $ 360.00 | | | | | | |
| 96 | 8/13/2018 | | $ 1,343.81 | | | | | |
| 97 | 8/13/2018 | | $ 1,200.00 | | | | | |
| 98 | 8/17/2018 | | $ 1,343.81 | | | | | |
| 99 | 8/20/2018 | $ 360.00 | | | | | | |
| 100 | 8/21/2018 | | $ 1,200.00 | | | | | |
| 101 | 8/24/2018 | | $ 450.00 | | | | | |
| 102 | 8/27/2018 | | $ 1,343.81 | | | | | |
| 103 | 8/27/2018 | $ 360.00 | | | | | | |
| 104 | 8/29/2018 | | $ 1,343.81 | | | | | |
| 105 | 8/29/2018 | | $ 1,200.00 | | August 2018 | $ 12,065.24 | $1,976 | $ 10,089.24 |
| 106 | 9/3/2018 | $ 360.00 | | | | | | |
| 107 | 9/4/2018 | | $ 1,343.81 | | | | | |
| 108 | 9/4/2018 | | $ 450.00 | | | | | |
| 109 | 9/10/2018 | | $ 1,343.81 | | | | | |
| 110 | 9/10/2018 | $ 360.00 | | | | | | |
| 111 | 9/17/2018 | $ 360.00 | | | | | | |
| 112 | 9/24/2018 | | $ 1,343.81 | | | | | |
| 113 | 9/24/2018 | $ 360.00 | | | | | | |
| 114 | 9/25/2018 | | $ 1,200.00 | | | | | |
| 115 | 9/28/2018 | | $ 560.00 | | September 2018 | $ 7,681.43 | $1,976 | $ 5,705.43 |
| 116 | 10/1/2018 | $ 360.00 | | | | | | |
| 117 | 10/3/2018 | | $ 1,252.15 | | | | | |
| 118 | 10/5/2018 | | $ 1,343.81 | | | | | |
| 119 | 10/7/2018 | $ 360.00 | | | | | | |
| 120 | 10/8/2018 | | $ 1,343.81 | | | | | |
| 121 | 10/14/2018 | $ 360.00 | | | | | | |
| 122 | 10/15/2018 | | $ 1,343.81 | | | | | |
| 123 | 10/16/2018 | | $ 495.00 | | | | | |
| 124 | 10/16/2018 | | $ 740.00 | | | | | |
| 125 | 10/21/2018 | $ 360.00 | | | | | | |
| 126 | 10/22/2018 | | $ 1,343.81 | | | | | |
| 127 | 10/24/2018 | | $ 1,343.81 | | | | | |
| 128 | 10/24/2018 | | $ 700.00 | | | | | |
| 129 | 10/27/2018 | | $ 1,343.81 | | October 2018 | $ 12,330.01 | $1,976 | $ 10,354.01 |
| 130 | 11/1/2018 | | $ 690.00 | | | | | |
| 131 | 11/6/2018 | | $ 1,343.81 | | | | | |
| 132 | 11/9/2018 | | $ 5,000.00 | | | | | |
| 133 | 11/10/2018 | | $ 140.00 | | | | | |
| 134 | 11/12/2018 | | $ 1,343.81 | | | | | |
| 135 | 11/13/2018 | $ 360.00 | | | | | | |
| 136 | 11/14/2018 | $ 360.00 | | | | | | |
| 137 | 11/19/2018 | | $ 1,343.81 | | | | | |
| 138 | 11/22/2018 | | $ 854.55 | | | | | |
| 139 | 11/22/2018 | | $ 271.00 | | | | | |
| 140 | 11/24/2018 | | $ 1,587.30 | | | | | |
| 141 | 11/26/2018 | | $ 1,343.81 | | | | | |
| 142 | 11/29/2018 | $ 360.00 | | | | | | |
| 143 | 11/30/2018 | $ 360.00 | | | | | | |
| 144 | 11/30/2018 | | $ 200.00 | | November 2018 | $ 13,524.28 | $1,976 | $ 11,548.28 |
| 145 | 12/3/2018 | | $ 1,343.81 | | | | | |
| 146 | 12/16/2018 | | $ 1,343.81 | | | | | |
| 147 | 12/27/2018 | | $ 1,343.81 | | | | | |
| 148 | 12/27/2018 | $ 360.00 | | | | | | |
| 149 | 12/27/2018 | $ 360.00 | | | | | | |
| 150 | 12/27/2018 | $ 360.00 | | | | | | |
| 151 | 12/27/2018 | $ 360.00 | | | | | | |
| 152 | 12/27/2018 | $ 360.00 | | | | | | |
| 153 | 12/30/2019 | $ 360.00 | | | December 2018 | $ 6,191.43 | $1,976 | $ 4,215.43 |
| 154 | | | | | Annual Income | $ 95,624.54 | Overpayment | $ 71,912.54 |
| 155 | 1/6/2019 | $ 450.00 | | | | | | |
| 156 | 1/8/2019 | | $ 1,343.81 | | | | | |
| 157 | 1/13/2019 | $ 450.00 | | | | | | |
| 158 | 1/16/2019 | | $ 1,343.81 | | | | | |
| 159 | 1/22/2019 | | $ 1,343.81 | | | | | |
| 160 | 1/29/2019 | | $ 1,343.81 | | January 2019 | $ 6,275.24 | $2,109 | $ 4,166.24 |
| 161 | 2/3/2019 | $ 450.00 | | | | | | |
| 162 | 2/6/2019 | $ 450.00 | | | | | | |
| 163 | 2/6/2019 | $ 450.00 | | | | | | |
| 164 | 2/8/2019 | | $ 1,343.81 | | | | | |
| 165 | 2/10/2019 | $ 450.00 | | | | | | |
| 166 | 2/15/2019 | | $ 1,343.81 | | | | | |
| 167 | 2/17/2019 | $ 450.00 | | | | | | |
| 168 | 2/19/2019 | | $ 3,500.00 | | February 2019 | $ 8,437.62 | $2,109 | $ 6,328.62 |
| 169 | 3/5/2019 | | $ 1,343.81 | 855 | | | | |
| 170 | 3/11/2019 | | $ 1,343.81 | 858 | | | | |
| 171 | 3/12/2019 | | $ 1,343.81 | 861 | | | | |
| 172 | 3/14/2019 | $ 450.00 | | | | | | |
| 173 | 3/14/2019 | $ 450.00 | | | | | | |
| 174 | 3/14/2019 | $ 450.00 | | | | | | |
| 175 | 3/17/2019 | $ 450.00 | | | | | | |
| 176 | 3/19/2019 | | $ 1,343.81 | 868 | | | | |
| 177 | 3/26/2019 | $ 450.00 | | | | | | |
| 178 | 3/26/2019 | | $ 1,750.14 | 877 | March 2019 | $ 9,375.38 | $2,109 | $ 7,266.38 |
| 179 | 4/2/2019 | | $ 1,343.81 | 888 | | | | |

| Row | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 180 | 4/2/2019 | $ 450.00 | | | | | | |
| 181 | 4/3/2019 | | $ 350.00 | 895 | | | | |
| 182 | 4/9/2019 | | $ 1,343.81 | 898 | | | | |
| 183 | 4/15/2019 | $ 450.00 | | | | | | |
| 184 | 4/16/2019 | $ 450.00 | | | | | | |
| 185 | 4/16/2019 | | $ 1,343.81 | 1011 | | | | |
| 186 | 4/16/2019 | | $ 700.00 | 1012 | | | | |
| 187 | 4/19/2019 | | $ 1,500.00 | 1019 | | | | |
| 188 | 4/22/2019 | | $ 1,343.81 | 1023 | | | | |
| 189 | 4/22/2019 | $ 450.00 | | | | | | |
| 190 | 4/29/2019 | $ 450.00 | | | | | | |
| 191 | 4/30/2019 | | $ 1,343.81 | 1041 | April 2019 | $ 11,519.05 | $2,109 | $ 9,410.05 |
| 192 | 5/7/2019 | $ 450.00 | | | | | | |
| 193 | 5/7/2019 | | $ 1,342.81 | 1043 | | | | |
| 194 | 5/11/2019 | | $ 1,343.81 | 1055 | | | | |
| 195 | 5/13/2019 | $ 450.00 | | | | | | |
| 196 | 5/14/2019 | | $ 1,343.81 | 1059 | | | | |
| 197 | 5/20/2019 | $ 450.00 | | | | | | |
| 198 | 5/20/2019 | | $ 1,701.81 | 1070 | | | | |
| 199 | 5/20/2019 | | $ 520.00 | 1071 | | | | |
| 200 | 5/28/2019 | $ 450.00 | | | | | | |
| 201 | 5/28/2019 | | $ 1,343.81 | 1090 | May 2019 | $ 9,396.05 | $2,109 | $ 7,287.05 |
| 202 | 6/3/2019 | $ 450.00 | | | | | | |
| 203 | 6/4/2019 | | $ 1,576.81 | 1104 | | | | |
| 204 | 6/4/2019 | | $ 1,807.00 | 1106 | | | | |
| 205 | 6/10/2019 | | $ 367.00 | 1108 | | | | |
| 206 | 6/11/2019 | | $ 1,343.81 | 1107 | | | | |
| 207 | 6/11/2019 | $ 450.00 | | | | | | |
| 208 | 6/17/2019 | | $ 1,343.81 | 1124 | | | | |
| 209 | 6/20/2019 | | $ 2,900.00 | 1133 | | | | |
| 210 | 6/21/2019 | | $ 360.00 | 1131 | | | | |
| 211 | 6/24/2019 | | $ 1,343.81 | 1133 | | | | |
| 212 | 6/24/2019 | $ 450.00 | | | | | | |
| 213 | 6/25/2019 | $ 450.00 | | | | | | |
| 214 | 6/25/2019 | | $ 233.33 | 1139 | June 2019 | $ 13,075.57 | $2,109 | $ 10,966.57 |
| 215 | 7/2/2019 | | $ 1,343.81 | 1146 | | | | |
| 216 | 7/2/2019 | | $ 700.00 | 1149 | | | | |
| 217 | 7/8/2019 | $ 450.00 | | | | | | |
| 218 | 7/9/2019 | $ 450.00 | | | | | | |
| 219 | 7/9/2019 | | $ 1,343.81 | 1156 | | | | |
| 220 | 7/13/2019 | | $ 425.00 | 1163 | | | | |
| 221 | 7/15/2019 | $ 450.00 | | | | | | |
| 222 | 7/16/2019 | | $ 1,343.81 | 1170 | | | | |
| 223 | 7/16/2019 | | $ 233.33 | 1175 | | | | |
| 224 | 7/22/2019 | | $ 1,577.14 | 1179 | | | | |
| 225 | 7/22/2019 | | $ 1,363.00 | 1180 | | | | |
| 226 | 7/25/2019 | $ 450.00 | | | | | | |
| 227 | 7/29/2019 | $ 450.00 | | | | | | |
| 228 | 7/30/2019 | | $ 1,343.81 | | July 2019 | $ 11,923.71 | $2,109 | $ 9,814.71 |
| 229 | 8/5/2019 | | $ 1,343.81 | 1194 | | | | |
| 230 | 8/7/2019 | $ 450.00 | | | | | | |
| 231 | 8/9/2019 | | $ 200.00 | 906 | | | | |
| 232 | 8/12/2019 | | $ 1,577.14 | 909 | | | | |
| 233 | 8/16/2019 | | $ 1,902.00 | 916 | | | | |
| 234 | 8/19/2019 | $ 450.00 | | | | | | |
| 235 | 8/19/2019 | | $ 1,343.81 | 918 | | | | |
| 236 | 8/21/2019 | | $ 1,902.00 | 929 | | | | |
| 237 | 8/26/2019 | $ 450.00 | | | | | | |
| 238 | 8/27/2019 | | $ 1,577.14 | 932 | August 2019 | $ 11,195.90 | $2,109 | $ 9,086.90 |
| 239 | 9/2/2019 | | $ 1,577.14 | 946 | | | | |
| 240 | 9/3/2019 | $ 450.00 | | | | | | |
| 241 | 9/4/2019 | | $ 540.00 | 949 | | | | |
| 242 | 9/9/2019 | $ 450.00 | | | | | | |
| 243 | 9/9/2019 | | $ 1,343.81 | 952 | | | | |
| 244 | 9/16/2019 | $ 450.00 | | | | | | |
| 245 | 9/16/2019 | | $ 1,343.81 | 965 | | | | |
| 246 | 9/23/2019 | $ 450.00 | | | | | | |
| 247 | 9/23/2019 | | $ 750.00 | 973 | | | | |
| 248 | 9/23/2019 | | $ 1,343.81 | 976 | | | | |
| 249 | 9/23/2019 | | $ 4,000.00 | 980 | | | | |
| 250 | 9/30/2019 | | $ 1,343.81 | 983 | September 2019 | $ 14,042.38 | $2,109 | $ 11,933.38 |
| 251 | 10/1/2019 | $ 450.00 | | | | | | |
| 252 | 10/3/2019 | | $ 485.00 | 911 | | | | |
| 253 | 10/7/2019 | $ 450.00 | | | | | | |
| 254 | 10/8/2019 | | $ 1,343.81 | 999 | | | | |
| 255 | 10/10/2019 | | $ 1,343.81 | 1206 | | | | |
| 256 | 10/18/2019 | | $238.50 | 1214 | | | | |
| 257 | 10/15/2019 | $ 450.00 | | | | | | |
| 258 | 10/21/2019 | | $ 548.33 | 1213 | | | | |
| 259 | 10/21/2019 | $ 450.00 | $ 1,343.81 | 1216 | | | | |
| 260 | 10/21/2019 | | $ 1,343.81 | 1217 | October 2019 | $ 8,447.07 | $2,109 | $ 6,338.07 |
| 261 | 11/04/2019 | $ 450.00 | | | November 2019 | 450.00 | 128 | |
| 262 | | | | | Annual Income | $ 104,137.97 | Overpayment | $ 82,597.97 |