UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Piyush Paleja,

                            Plaintiff,

            -against-

KP NY Operations LLC a/k/a Kailash Parbat,

                            Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/14/2020__

20 Civ. 475 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

Having reviewed the parties' letters, ECF Nos. 14 and 15, it is hereby ORDERED that:

1. By **May 12, 2020**, Defendant shall file its motion to dismiss;
2. By **June 2, 2020**, Plaintiff shall file his opposition; and
3. By **June 16, 2020**, Defendant shall file its reply, if any.

SO ORDERED.

Dated: April 14, 2020
       New York, New York

ANALISA TORRES
United States District Judge