David Abrams, Attorney at Law
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York
_____

|  |  |  |
|---|---|---|
| Piyush Paleja, | ) | |
|  | ) | |
| Plaintiff, | ) | |
|  | ) | No. 20cv475(AT) |
| - against - | ) | |
|  | ) | |
| KP NY Operations LLC a/k/a | ) | **Notice of Motion** |
| Kailash Parbat, | ) | |
|  | ) | |
| Defendant. | ) | |
|  | ) | |

_____)

**PLEASE TAKE NOTICE** that at a date and time to be determined, upon the within Memorandum of Law and proposed Amended Summons and Complaint and all proceedings and pleadings in this matter, Plaintiff Piyush Paleja, by his attorney, David Abrams, Attorney at Law, will move this Court before the Honorable Analisa Torres, 500 Pearl Street, New York, New York, 10007 for an Order pursuant to F.R.C.P. 15(a)(2) and 4(a)(2) permitting amendment of the Summons and Complaint.

Respectfully submitted,

/s/ David Abrams

David Abrams, Attorney at Law
 Attorney for Plaintiff
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821

Dated: June 3, 2020
        New York, New York