David Abrams, Attorney at Law
305 Broadway Suite 601, New York, NY
P.O. Box 3353, Church Street Station, New York
Tel. 212-897-5821 Fax 212-897-5811

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/2020
```

August 18, 2020

To: Hon. Analisa Torres  (by ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Paleja v. KP NY Operations LLC, Case No. 20cv475 (AT)

Dear Judge Torres:

    I represent the Plaintiff in the above-referenced action. Pursuant to Your Honor's individual practices, I am respectfully requesting Court assistance with respect to a discovery dispute which has emerged. It is Plaintiff's position the Defendant has failed to (1) produce initial disclosures; (2) failed to respond to document requests and interrogatories; and (3) failed to disclose information pursuant to Local Rule 26.1. As to items (1) and (2), Defendant's counsel has requested an extension of time on the ground that he recently tested positive for the Coronavirus and is required to stay home for 14 days. With respect to item (3), Defendant disputes the applicability of Local Rule 26.1 to this matter.

    After oral discussions and an exchange of emails, the parties have agreed to resolve this dispute as follows: The Court will enter an order directing Defendant to serve initial disclosures; responses to document requests; and responses to interrogatories on or before September 15, 2020. The parties will submit a joint letter regarding the dispute over Local Rule 26.1 on or before September 7, 2020. Defendant's counsel will have the right to seek additional time should he develop serious symptoms or for other good cause.

    Accordingly, I respectfully request that the Court enter an Order as set forth above.

GRANTED. Defendant shall serve initial disclosures, responses to document requests, and responses to interrogatories by **September 15, 2020**.

SO ORDERED.

Dated: August 19, 2020
       New York, New York

                                            ANALISA TORRES
                                 United States District Judge