September 4, 2020

To:    Hon. Analisa Torres    (by ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    <u>Paleja v. KP NY Operations LLC, Case No. 20cv475 (AT)</u>

Dear Judge Torres:

**[Plaintiff's Portion to be inserted later]**

**Defendant's Position:**

Respectfully yours,

**DRAFT**

David Abrams

Enclosures

cc:    Defendant's Counsel    (by ECF)