UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Piyush Paleja,

                Plaintiff,

-against-

KP NY Operations LLC a/k/a Kailash Parbat,

                Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/12/2020_
```

20 Civ. 475 (AT) (KNF)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for December 2, 2020, is ADJOURNED to **April 6, 2021**, at **10:40 a.m.** The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 10:40 a.m. on April 6, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

    The parties shall file their joint status report by **March 30, 2021**. ECF No. 23 ¶ 16.

    SO ORDERED.

Dated: November 12, 2020
       New York, New York

ANALISA TORRES
United States District Judge