UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PIYUSH PALEJA,

                              Plaintiff,

     -against-

KP NY OPERATIONS LLC a/k/a KAILASH PARBAT,

                            Defendant.
------------------------------------------------------------------X

**Case No.:** 1:20-cv-475 (AT) (KNF)

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE,** that pursuant to Federal Rule of Civil Procedure 72(a), the Memorandum of Law in Support, the Declaration of Emanuel Kataev, Esq., and all the papers and pleadings in this matter, Defendant will respectfully move this Court before the Honorable Analisa Torres, on a date and time to be determined by the Court, for an order (1) setting aside Magistrate Judge Kevin Nathaniel Fox's Memorandum & Order, dated December 2, 2020, denying Defendant's letter motion for an extension of time to complete discovery; and (2) for such other and further relief as the Court deems just and proper.

Dated: Lake Success, New York
         December 16, 2020

                                            **MILMAN LABUDA LAW GROUP PLLC**

                                            By: */s   Emanuel Kataev, Esq._____*
                                            Emanuel Kataev, Esq.
                                            3000 Marcus Avenue, Suite 3W8
                                            Lake Success, NY 11042-1073
                                            (516) 328-8899 (office)
                                            (516) 303-1395 (direct dial)
                                            (516) 328-0082 (facsimile)
                                            emanuel@mllaborlaw.com

                                            *Attorneys for Defendant*