UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Piyush Paleja,

                Plaintiff,

-against-                        20 **CIVIL** 475 (AT)(KNF)

**JUDGMENT**

KP NY Operations LLC a/k/a Kailash Parbat,

                Defendant.
------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 15, 2021, Defendant's motion to dismiss is GRANTED and Plaintiff's motion to amend the complaint is DENIED; accordingly, this case is closed.

**Dated:** New York, New York

        January 15, 2021

                                                      **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                                **BY:**

                                                        **Deputy Clerk**