David Abrams, Attorney at Law
305 Broadway Suite 601
New York, NY 10007
Tel. 212-897-5821 dnabrams@gmail.com

United States District Court
Southern District of New York

_____
                                          )
Piyush Paleja,                            )
                                          )
                Plaintiff, )
                                          )   No. 20cv475(AT) (KNF)
   - against -                        )
                                          )   **Notice of Appeal**
KP NY Operations LLC a/k/a                )
Kailash Parbat,                           )
                                          )
                Defendants. )
                                          )
_____)

      Notice is hereby given that Plaintiff Piyush Paleja appeals to the United States Court of Appeals for the Second Circuit from the Judgment entered on January 15, 2021 and the Order of the same date which dismissed this matter and denied Plaintiff's motion to amend and from all parts of the foregoing.

Dated: New York, New York

     February 10, 2021

                                       David Abrams, Attorney at Law
                                       Attorney for Plaintiff
                                       305 Broadway Suite 601
                                       New York, NY 10007
                                       Tel. 212-897-5821
                                       dnabrams@gmail.com